# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYAN P. GIVEY,** | : | **CIVIL ACTION** |
| *Petitioner, pro se*, | : | |
| | : | **NO. 25-0943** |
| **v.** | : | |
| | : | |
| **PAMELA BONDI,** *et al.*, | : | |
| *Respondents*. | : | |

## ORDER

**AND NOW**, this 30th day of December 2025, upon consideration of the Attorney General, Pam Bondi, Acting United States Attorney Nelson Thayer, Jr, and FBI Director Kashyap Patel's (collectively, "Respondents") *motion to dismiss*, (ECF 16), Petitioner Ryan P. Givey's ("Petitioner") response in opposition, (ECF 18), and the Petition for a writ of *mandamus*. (the "Petition"), (ECF 1), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Respondents' motion to dismiss is **GRANTED**. Accordingly, the Petition is **DISMISSED**, in its entirety, pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction.

                                                       **BY THE COURT:**

                                                       */s/ Nitza I. Quiñones Alejandro*
                                                       **NITZA I. QUIÑONES ALEJANDRO**
                                                       *Judge, United States District Court*